JACOB MARSHAK, Respondent, v. CITY OF LONG BEACH et al., Appellants.— Appeal by defendants from a judgment declaring that plaintiff has the right to continue to operate his property in the city of Long Beach as a rooming and boarding house because that nonconforming use existed prior to the enactment of the zoning ordinance and has not been abandoned. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. [195 Misc. 125.]

■

JOHN MURPHY, Respondent, v. PETERSON CIPHER CODE CORP., Appellant, et al., Defendants.— In an action to recover damages for personal injuries sustained when respondent, a pedestrian, was struck by an automobile truck owned by appellant and operated by its chauffeur, judgment in respondent's favor, entered upon the verdict of a jury, unanimously affirmed, with costs. Order denying appellant's motion to set aside the verdict, to dismiss the complaint and to direct a verdict in appellant's favor, affirmed, without costs. No opinion. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ.

■

JOSEPH PINO et al., Individually and as Copartners Doing Business under the Name SKYLARK CASTING Co., Respondents, v. CHARLES H. GIBSON et al., Appellants.— In an action against directors for payment of a balance of a money judgment against their corporation on the ground that they had wrongfully misappropriated its assets, judgment for plaintiffs unanimously affirmed, with costs. No opinion. Finding 9 is modified by changing the date " June 30, 1949," therein to " June 30, 1948 ". Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

■

CONSTANTY POLIUANCHIK, Respondent, v. EARNEST D. FRANKO et al., Appellants.— In an action to recover damages for personal injuries in which appellants' liability was conceded, judgment entered upon the verdict of a jury unanimously affirmed, with costs. In our opinion it does not appear that the amount of the verdict is the result of passion, prejudice, or sympathy. Upon this record we may not substitute the judgment of this court for that of the jury in fixing the amount of damages. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ.

■

POLLIO DAIRY PRODUCTS CORP., Appellant, v. PETE ACCARDI, Respondent.— In an action for an alleged balance due on an open account for goods sold and delivered, plaintiff appeals from an order, made upon reargument, which adhered to the original decision and denied its motion for summary judgment. Order affirmed, with $10 costs and disbursements. A triable issue exists as to whether prices charged to defendant were to be the same as charged to plaintiff's other customers, or the lowest market price on the day of delivery. Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.